JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HILDA MORFIN, an individual; | Case No. 2:25-cv-01261-RFB-EJY |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation; DOES I-X, and ROE ENTITIES I-X, inclusive, | **STIPULATION & ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, subject to this Court's approval, by and between Scott L. Stonehocker, Esq. of COOPER LEVENSON, P.A., attorney for Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), and Jared B. Anderson, Esq. of INJURY LAWYERS OF NEVADA, attorney for Plaintiff HILDA MORFIN (hereinafter "Plaintiff"), that discovery in this matter be extended by ninety (90) days to allow completion of the tasks identified below prior to trial.

Good cause is present for this Stipulation under Local Rule 26-3, which reads, in pertinent part: "A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause." A statement of good cause is included in Section III below.

///

NG-C2N3CBX6 4900-2457-9982.1

## I.   DISCOVERY COMPLETED:

The following is a summary of discovery completed in this case thus far:

| DESCRIPTION | DATE |
|---|---|
| Defendant's Initial Disclosure Statement | 09/11/2025 |
| Plaintiff's Initial Disclosure Statement | 09/18/2025 |
| Plaintiff's Interrogatories to Defendant | 10/16/2025 |
| Plaintiff's Request for Production to Defendant | 10/16/2025 |
| Plaintiff's Request for Admissions to Plaintiff | 10/16/2025 |
| Defendant's Response to Request for Admissions | 11/17/2025 |
| Defendant's First Supplement to Initial Disclosure Statement | 12/15/2025 |
| Defendant's Answers to Plaintiff's Interrogatories | 12/15/2025 |
| Defendant's Response to Plaintiff's Request for Production | 12/15/2025 |
| Defendant's Interrogatories to Plaintiff | 12/24/2025 |
| Defendant's Request for Production to Plaintiff | 12/24/2025 |
| Defendant's Request for Admissions to Plaintiff | 12/24/2025 |
| Defendant's Initial Expert Disclosure | 12/26/2025 |
| Plaintiff's Initial Expert Disclosure (Stewart R. Curtis, D.O.) | 01/02/2026 |
| Plaintiff's Non-Retained Expert Disclosure (Travis Snyder, D.O.) | 01/02/2026 |
| Plaintiff's Non-Retained Expert Disclosure (Edgar Jay B. Evangelista, M.D.) | 01/02/2026 |
| Plaintiff's Non-Retained Expert Disclosure (Jason Garber, M.D., F.A.C.S.) | 01/02/2026 |
| Plaintiff's Non-Retained Expert Disclosure (Bernard Ong, M.D.) | 01/02/2026 |
| Plaintiff's Non-Retained Expert Disclosure (David Lanzkowsky, M.D., David Alvarado, M.D., and William Baumgartl, M.D.) | 01/02/2026 |
| Plaintiff's Answers to Defendant's Interrogatories | 01/23/2026 |
| Plaintiff's Response to Defendant's Request for Production | 01/23/2026 |
| Plaintiff's Response to Defendant's Request for Admissions | 01/23/2026 |
| Plaintiff's First Supplement to Initial Disclosure Statement | 01/26/2026 |

NG-C2N3CBX6 4900-2457-9982.1

## II.    DISCOVERY REMAINING TO BE COMPLETED:

The following is a summary of discovery remaining to be completed:

| DESCRIPTION |
| --- |
| Deposition of Plaintiff, Hilda Morfin |
| Deposition of Defendant's FRCP 30(b)(6) Representative |
| Deposition of percipient witness, Orlando Retes, Jr. (Plaintiff's son) |
| Depositions of SMITH'S employee witnesses (TBD) |
| Deposition of Plaintiff's Retained Expert, Dr. Stewart R. Curtis, D.O. |
| Deposition of Defendant's Retained Expert, Dr. Mark D. Kraft, M.D. |
| Deposition of Plaintiff's Non-Retained Expert, Dr. Travis Snyder, D.O. |
| Deposition of Plaintiff's Non-Retained Expert, Edgar Jay B. Evangelista, M.D. |
| Deposition of Plaintiff's Non-Retained Expert, Jason Garber, M.D., F.A.C.S. |
| Deposition of Plaintiff's Non-Retained Expert, Bernard Ong, M.D. |
| Deposition of Plaintiff's Non-Retained Expert, David Lanzkowsky, M.D. |
| Deposition of Plaintiff's Non-Retained Expert, David Alvarado, M.D. |
| Deposition of Plaintiff's Non-Retained Expert, William Baumgartl, M.D. |
| Resolution of outstanding discovery issues pertaining to Plaintiff's pre-incident medical treatments and records, as well as Plaintiff's pre-existing medical conditions. |

## III.    REASONS WHY REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN:

To date, the parties have been working together amicably in this matter. However, there are a multitude of witnesses to be deposed in this case, including physicians in active practice whose schedules do not allow them much flexibility in taking time out of their schedules to appear for depositions. Scheduling issues have also delayed the deposition of Plaintiff, and similar issues are also likely to delay the depositions of SMITH'S FRCP 30(b)(6) Representative and employee witnesses.

Furthermore, there are unresolved issues pertaining to discovery concerning Plaintiff's pre-incident medical treatments and records, as well as Plaintiff's pre-existing medical conditions that were raised in written discovery and in the Medical Records Review of Dr. Kraft. The parties have been

3

conferring with one another in compliance with Local Rule 26-6(c) and IA 1-3(f) to resolve these issues. However, more time is needed.

## IV.    PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:

The following is a summary of the current deadlines and proposed extended deadlines:

| DESCRIPTION | DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Deadline to Amend Pleadings / Add Parties | 11/25/2025 | Expired |
| Initial Expert Disclosures | 12/26/2025 | Expired |
| Rebuttal Expert Disclosures | 01/26/2026 | Expired |
| Close of Discovery | 02/23/2026 | 05/25/2026 |
| Dispositive Motions | 03/25/2026 | 06/23/2026 |
| Pre-Trial Order | 04/24/2026 | 07/23/2026 |

**IT IS SO STIPULATED.**

Dated this 9th Day of February, 2026

INJURY LAWYERS OF NEVADA

/s/ *Jared B. Anderson*
Jared B Anderson (NBN 009747)
4001 Meadows Lane
Las Vegas, Nevada 89107
Attorneys for Plaintiff
HILDA MORFIN

Dated this 9th Day of February, 2026

COOPER LEVENSON, P.A.

/s/ *Scott L. Stonehocker*
Scott L. Stonehocker (NBN 005512)
3016 W. Charleston Blvd. - #195
Las Vegas, Nevada 89102
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___February 9, 2026_____

4

NG-C2N3CBX6 4900-2457-9982.1